JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHERYL L. BECK,<br><br>                    Defendants. | Case No. 2:24-cv-05643-FLA (Ex)<br><br>**ORDER DISMISSING ACTION [DKT. 24]** |

1

On July 21, 2025, Plaintiff Melanie Delapaz ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 24.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court's Order to Show Cause Why Entry of Default Should Not Be Vacated for Failure to Complete Service of Process, Dkt. 23, is DISCHARGED.

    3. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: July 24, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge